HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST,

    Plaintiff,

v.

STACEY LEMASTER, *et al.*,

    Defendants.

Case No. 17-975-RAJ

ORDER

This matter comes before the Court on Plaintiff Puget Sound Electrical Workers Healthcare Trust's ("Puget Sound Healthcare") Motion for a Preliminary Injunction (Dkt. # 2) and Defendants' Motion to Dismiss (Dkt. # 14).

On June 28, 2017, Puget Sound Healthcare filed a complaint and a motion for a temporary restraining order ("TRO") enjoining Defendants from distributing certain settlement proceeds. The Court granted the motion and issued a TRO. Dkt. # 6. On July 5, 2017, Defendants moved to dismiss Puget Sound Healthcare's complaint. Dkt. # 14. On July 7, 2017, the Court held a hearing on whether the TRO should be converted to a preliminary injunction.

As reflected in the record of that hearing, the parties reached an agreement whereupon Puget Sound Healthcare would withdraw its request that the TRO be converted to a preliminary injunction (Dkt. # 2) and Defendants would withdraw their motion to dismiss (Dkt. # 14). Accordingly, the Court **STRIKES** those motions as

ORDER – 1

**withdrawn** (Dkt. ## 2, 14) and **LIFTS** the TRO that is currently in place (Dkt. # 6). **Within fourteen (14) days from the date of this Order**, the parties shall submit a joint status report apprising the Court on whether this matter can be administratively closed.

DATED this 7th day of July, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 2